```
                          FILED
                   CLERK, U.S. DISTRICT COURT

                        June 1, 2022

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY:      PMC        DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GALINDO GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., business entity form unknown; DOE MANAGER (DOE 1), an individual; DOE EMPLOYEE (DOE 2); and DOES 3 through 50, Inclusive;<br><br>Defendants. | CASE NO.: **2:22−cv−00371 SVW (MRWx)**<br><br>**ORDER ON DISMISSAL**<br><br>Courtroom:  10A<br>District Judge: Stephen V. Wilson<br>Magistrate Judge: Michael R. Wilner<br>Complaint Filed:  May 25, 2021<br>Trial Date:  July 5, 2022 |

Based on the parties' Joint Stipulation for Dismissal [FRCP 41] filed concurrently herewith and good cause appearing, the Court hereby ENTERS the dismissal of the entire case with prejudice.

**IT IS SO ORDERED.**

Dated:_____June 1_____, 2022  _____
                                                      Honorable Stephen V. Wilson
                                                      United States District Court Judge

2354-9429